FILED
2008 Jul-11 PM 01:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ALABAMA

## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **MONSANTO COMPANY** | * | |
| **Plaintiff** | * | |
| | * | |
| **VERSUS** | * | **CASE NO. 03-HGD-2804-NE** |
| | * | |
| **MICHAEL WHITE, WAYNE WHITE,** | * | |
| **WHITE'S SEED CLEANING,** | * | |
| **and WHITE FARMS FEED & SEED,** | * | |
| **INC.** | * | |
| **Defendants** | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

### SATISFACTION OF JUDGMENT

Monsanto Company, the plaintiff in this case, submits this Satisfaction of Judgment regarding the Consent Injunction and Judgment entered by the Court on July 5, 2006 [Doc. #98]. Section III of the Consent Injunction and Judgment awarding monetary damages against defendants Michael White, White's Seed Cleaning, and White Farms Feed & Seed, Inc. in favor of Monsanto is hereby discharged. All other provisions of the Consent Injunction and Judgment remain in full force and shall continue to jointly and severally bind and obligate all defendants.

137106-1

Respectfully submitted,

/s/ John D. Watson III
JOHN D. WATSON, III (WATO35)
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203-2104
Telephone:  (205) 521-8000
Facsimile:  (205) 521-8800

And
/s/ Joel E. Cape
MILES P. CLEMENTS, T.A. (La. #4184)
JOEL E. CAPE (La. #26001)
Frilot L.L.C.
1100 Poydras Street, 3600 Energy Centre
New Orleans, LA   70163-3600
Telephone: (504) 599-8000
Facsimile: (504) 599-8100

*Attorneys For Monsanto Company*

U. S. DISTRICT JUDGE

Date

137106-1